# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**
JUL 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
v.                        )
                          )   Case No. 1:17-PO-00147 SAB
JOSE SALCEDO              )
                          )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: **U.S. DISTRICT COURT**
                                          _Place_
**2500 TULARE STREET, FRESNO CA 93721**
on **8-17-17 AT 10:00am COURTROOM 9**
         _Date and Time_

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: **7-13-17**

_Defendant's signature_

Date: **7-13-17**

_Judicial Officer's Signature_

**STANLEY A. BOONE, U.S. Magistrate Judge**
_Printed name and title_